888

No. 76–5071. GELLIS v. GROOMS, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied.

No. 76–5074. BURKE v. SUPREME COURT ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–5102. ADAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–5104. ENDERS v. AMERICAN PATENT SEARCH CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–5122. ROMAN v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–5133. BARBOSA v. WHITESIDE ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5136. COLLINS v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 76–5139. CALISE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–5145. D'AGOSTINO v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 76–5151. SCOTT v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76–5204. HOSKINS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 76–5209. HAYES v. BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.